**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **BEVERLY B. MARTIN, as next friend of KHALID MOUTON,** | |
| *Plaintiff,* | **CIVIL ACTION NO.** |
| vs. | **5:23-cv-00004-MTT-CHW** |
| **AHMED HOLT, et al**., | |
| *Defendants.* | |

**DEFENDANTS MOTION TO DISMISS**

Defendants Ahmed Holt, Robert Toole, Stan Shepard, Jack Sauls, Sharon Lewis, Trevonza Bobbitt, Michael Anderson, Josh Wicker, Deidra Edwards, Juanita Sharpe, Chad Putnam, Joseph Hall, Shayla McClain, Barnard Florence, Cierra Harper, Jessica Howard, Carl Anderson, Marjorie Glover, Cory Osborne, Heather Flowers, Angela Howell, and Kenneth Scott, by and through counsel, the Attorney General for the State of Georgia, file this Motion to Dismiss Plaintiff's Complaint.  The basis for this motion is set forth in more detail in the accompanying brief in support.

Respectfully submitted this 13th day of March, 2023.

CHRISTOPHER M. CARR   112505
Attorney General

W. WRIGHT BANKS, JR.    036156
Deputy Attorney General

1

ROGER A. CHALMERS      118720
Senior Asst. Attorney General

Please Serve:                                BRIAN E. GOLDBERG      417635
Ellen Cusimano                               Assistant Attorney General
Georgia Department of Law
40 Capitol Square, S.W.                       */s/ Ellen Cusimano*
Atlanta, GA 30334-1300                       ELLEN CUSIMANO          844964
Telephone: (404) 458-3597                    Assistant Attorney General
Facsimile: (404) 651-5304
ecusimano@law.ga.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have, on this day, filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 13th day of March, 2023.

*/s/ Ellen Cusimano*
ELLEN CUSIMANO          844964
Assistant Attorney General
